```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         JACKSON DIVISION
```

TAMMY D. BERRY                                              PLAINTIFF

VS.                                CIVIL ACTION NO. 3:06CV348TSL-JCS

ADVANCE AMERICA                                             DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 27th day of March, 2007.

```
                           /s/ Tom S. Lee
                           UNITED STATES DISTRICT JUDGE
```